IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:15-cv-00524-RJC-DSC

| | |
|---|---|
| SADIE HANEY MORGAN, as the Administrator of the ESTATE OF BILLY JEAN ALLEN, DECEASED<br><br>Plaintiff,<br><br>vs.<br><br>SSC GASTONIA OPERATING COMPANY, LLC d/b/a BRIAN CENTER HEALTH & REHABILITATION a/k/a SAVA SENIOR CARE CONSULTING, LLC<br><br>Defendant. | **AGREED CONSENT ORDER REFERRING CASE TO ARBITRATION** |

**THIS MATTER** is before the Court on Defendant SSC Gastonia Operating Company LLC's "Motion to Compel Arbitration and Stay Proceedings" (document #7).

It appearing to the Court, as evidenced by the signatures of counsel for the interested parties below, that the parties have agreed to stay this lawsuit and submit this case to binding arbitration, and that Defendant has agreed to waive its claim for attorneys' fees,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case be stayed and submitted to binding arbitration, and that Defendant's claim for attorneys' fees is waived.

**IT IS FURTHER ORDERED** that the parties shall submit a status report within one hundred twenty (120) days of this Order.

**SO ORDERED**.

Signed: January 7, 2016

_____
David S. Cayer
United States Magistrate Judge

APPROVED FOR ENTRY:

HAGWOOD ADELMAN TIPTON PC

BY: /s/ Michael E. Phillips
    Michael E. Phillips (NC Bar No. 45198)
    Amy E. Oleksa (NC Bar No. 3037)
    Carl Hagwood (N.C. Bar No. 43919)
    Hagwood Adelman Tipton PC
    201 South Tryon Street, Suite 1475
    Charlotte, NC 28202-3212
    Telephone: (704) 676-6066
    Facsimile: (704) 676-6068
    Email: mphillips@hatlawfirm.com
          aoleksa@hatlawfirm.com
          chagwood@hatlawfirm.com
    *Counsel for SSC Gastonia Operating Company LLC*
    *d/b/a Brian Center Health & Rehabilitation*


GRIMES TEICH ANDERSON LLP

BY: /s/ Scott M. Anderson
    Scott M. Anderson (N.C. Bar No. 17263)
    111 East North Street
    Greenville, SC 29601
    Telephone: (864) 421-0770
    Email: Anderson@GTAlaw.net
    *Counsel for Plaintiff*